ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Zafer Taahhut Insaat ve Ticaret A.S. | ) | ASBCA Nos. 60822, 61091 |
| | ) | |
| Under Contract No. W912ER-12-C-0019 | ) | |

APPEARANCE FOR THE APPELLANT:        Sam Zalman Gdanski, Esq.
                                                                      Gdanski & Gdanski, LLP
                                                                      Teaneck, NJ

APPEARANCES FOR THE GOVERNMENT:   Thomas J. Warren, Esq.
                                                                      Acting Engineer Chief Trial Attorney
                                                                   James D. Stephens, Esq.
                                                                   Regina L. Schowalter, Esq.
                                                                      Engineer Trial Attorneys
                                                                      U.S. Army Engineer District, Middle East
                                                                      Winchester, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 23 March 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60822, 61091, Appeals of Zafer Taahhut Insaat ve Ticaret A.S., rendered in conformance with the Board's Charter.

Dated:


JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals